## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD L. BLOUNT                                   Chapter 13

                Debtor                        Bankruptcy No. 15-16770-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 21, 2017**_____

                                                Eric L. Frank
                                                ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
HAROLD L. BLOUNT

3046 W. OXFORD STREET

PHILADELPHIA, PA 19121