```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 15-16770-elf
Harold L. Blount                                                    Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Feb 21, 2017
                              Form ID: pdf900             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db             +Harold L. Blount,    3046 W. Oxford Street,    Philadelphia, PA 19121-3512
13611435        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13621970        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13600150       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13600152       +Amexdsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13689637        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13600154      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Cbna,      50 Northwest Point Road,    Elk Grove Village, IL 60007)
13600153       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13600155       +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
13600156       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13698014       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
13600161       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13677847       +Midland Credit Management Inc as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
13600167       +Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13665291        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 22 2017 02:09:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2017 02:09:17
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2017 02:09:35     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Feb 22 2017 02:09:06     Ally Financial, Inc.,
                P.O. Box 130424,   Roseville, MN 55113-0004
13608952        E-mail/Text: ally@ebn.phinsolutions.com Feb 22 2017 02:09:06     Ally Bank,    PO Box 130424,
                Roseville, MN 55113-0004
13600149       +E-mail/Text: ally@ebn.phinsolutions.com Feb 22 2017 02:09:06     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
13696450        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2017 02:11:20
                Department Stores National Bank,    c/o American InfoSource LP,    PO Box 4457,
                Houston, TX  77210-4457
13610519        E-mail/Text: mrdiscen@discover.com Feb 22 2017 02:09:07     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13600158       +E-mail/Text: mrdiscen@discover.com Feb 22 2017 02:09:07     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13600159       +E-mail/Text: recoveryservicesgroup@fedchoice.org Feb 22 2017 02:09:13     Fedchoice Federal C U,
                10001 Willowdale Rd,    Lanham, MD 20706-4321
13600157        E-mail/Text: cio.bncmail@irs.gov Feb 22 2017 02:09:10     Department of the Treasury,
                Internal Revenue Service,    Cincinnati, OH 45999-0030
13600160       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 22 2017 02:09:08     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13666042        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2017 02:11:44
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13600162       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:36     Syncb/Amazon,   Po Box 965015,
                Orlando, FL 32896-5015
13600163       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:36     Syncb/Jcp,   Po Box 965007,
                Orlando, FL 32896-5007
13600164       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:36     Syncb/Lowes,   Po Box 965005,
                Orlando, FL 32896-5005
13600165       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:15     Syncb/Oldnavydc,   Po Box 965005,
                Orlando, FL 32896-5005
13600166       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:15     Syncb/Sleepys,   Po Box 965036,
                Orlando, FL 32896-5036
13706794        E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:36     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13698700*       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
13600151*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13689638*       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13665292*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Feb 21, 2017
                              Form ID: pdf900             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                    Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Harold L. Blount dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor   Ally Financial, Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HAROLD L. BLOUNT | Chapter 13 |
| Debtor | Bankruptcy No. 15-16770-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Date: February 21, 2017 _____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-


Debtor:
HAROLD L. BLOUNT

3046 W. OXFORD STREET

PHILADELPHIA, PA 19121